UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| AMANDA SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:24-cv-1743-ACA |
| ) | |
| SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| COMMISSIONER, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION

Plaintiff Amanada Smith appeals the Social Security Commissioner's denial of her claim for Social Security disability, disability insurance, and income benefits. (Doc. 1). The magistrate judge entered a report recommending that the court affirm the Commissioner's decision. (Doc. 23). Although the magistrate judge advised Ms. Smith of her right to file objections to the report and recommendation within fourteen days (*id*. at 43–44), the deadline has passed and the court has not received any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the magistrate judge's report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. Accordingly, the court **AFFIRMS** the Commissioner's decision.

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** this February 24, 2026.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE